UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on November 3, 2006

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal Number: |
| | : | |
| | : | Magistrate No.: 03-00676M |
| | : | |
| | : | GRAND JURY ORIGINAL |
| | : | |
| | : | <u>VIOLATIONS</u> |
| v. | : | |
| | : | 18 U.S.C. § 371 (Conspiracy); |
| **KEITH MAIS** and | : | 18 U.S.C. § 2314 (Interstate Transportation |
| **ANTONIO MAIS,** | : | of Stolen Securities); 18 U.S.C. § 2 (Aiding |
| | : | Aiding and Abetting); 22 DC Code § 3211, |
| | : | 3212(a) (First Degree Theft); 22 DC Code |
| | : | § 1805 (Aiding and Abetting). |
| Defendants. | : | |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE - CONSPIRACY**

**INTRODUCTION**

At all times relevant to this Indictment:

1.  From approximately July 8 through August 17, 2002, **KEITH MAIS** was employed at the D.C. Department of Health (DOH), 825 North Capitol Street, N.E., Washington, D.C. He had obtained this position through a D.C. summer youth program run by the Youth Employee Program (YEP) Office of the D.C. Department of Employee Services.

2.  During his employment, **KEITH MAIS** worked in the DOH mail room and had access to the incoming and outgoing mail.

3. While working at DOH, **KEITH MAIS** had access to and was responsible for sorting a number of D.C. government checks which were mailed from or passed through the DOH mailroom.

4. A number of checks which passed through the DOH mailroom were written by the District of Columbia Government on its accounts at Bank of America and Nationsbank. Many of these checks were written and made payable to contractors, vendors, and individuals who were owed money by the District of Columbia Government.

5. While **KEITH MAIS** worked at this DOH summer job, his brother, **ANTONIO MAIS**, maintained two bank accounts at the Chevy Chase Bank: account number xxxxxx3792 and account number xxxxxx1311. These accounts were in the name of **ANTONIO MAIS**, who was the sole owner of the accounts and the only person authorized to use the bank accounts.

6. An Automatic Teller Machine (ATM) card was issued to **ANTONIO MAIS** by Chevy Chase Bank for the above-referenced bank accounts. This ATM card enabled **ANTONIO MAIS** to access his bank accounts, make deposits, and withdraw money from various locations in the State of Maryland and elsewhere.

## COUNT ONE

## THE CONSPIRACY

7. From on or about June 13, 2002, and continuing thereafter until on or about October 31, 2002, within the District of Columbia and elsewhere, **KEITH MAIS** and **ANTONIO MAIS** did unlawfully, knowingly, and willfully, conspire and agree together and with each other to Commit an offense against the United States of America, to wit.: Interstate Transportation of Stolen Securities, in violation of Title 18, United States Code, Section 2314, through the interstate transportation from the District of Columbia to the State of Maryland of 15 stolen checks, the property of the District of Columbia, in the approximate aggregate amount of $19,806.40.

## THE GOAL OF THE CONSPIRACY

8. It was the goal of the conspiracy that the **KEITH MAIS** and **ANTONIO MAIS** would obtain money and enrich themselves by stealing, forging, and negotiating the stolen checks.

## MANNER AND MEANS

9. In order to further the objects and goals of the conspiracy, **KEITH MAIS** and **ANTONIO MAIS** used the following manners and means, among others:

   A. **KEITH MAIS** would steal checks from the DOH mailroom in the District of Columbia.

   B. **KEITH MAIS** would forge the signatures on the stolen checks.

   C. **KEITH MAIS** and **ANTONIO MAIS** would transport the stolen checks from the District of Columbia to the State of Maryland.

   D. **ANTONIO MAIS** would deposit the stolen checks into his bank accounts at Chevy Chase Bank.

   E. **ANTONIO MAIS** would withdraw funds from his bank accounts at Chevy Chase Bank, the proceeds of the stolen checks, and share the proceeds with **KEITH MAIS.**

## OVERT ACTS

10. Within the District of Columbia, and elsewhere, in furtherance of the above-described conspiracy and in order to carry out the objects thereof, **KEITH MAIS** and **ANTONIO MAIS** committed the following overt acts, among others:

   A. On or about July 12, 2002, **KEITH MAIS** stole District of Columbia Government check number 5606442, payable to United Parcel Service, in the amount of $103.39, from the DOH mail room.

B.       On or about August 1, 2002, **KEITH MAIS** and **ANTONIO MAIS** transported the above-referenced stolen check from the District of Colombia to the State of Maryland

C.       On or about August 1, 2002, **ANTONIO MAIS**, deposited the above-referenced check into his bank account at Chevy Chase Bank.

D.       On or about July 5, 2002, **KEITH MAIS**, stole District of Columbia Government check number 5602463, payable to Damien Ministries, Inc, in the amount of $13,750.37, from the DOH mail room.

E.       On or about August 20, 2002, **KEITH MAIS** forged the above-referenced check.

F.       On or about August 20, 2002, **KEITH MAIS** and **ANTONIO MAIS**, transported the above-referenced stolen check from the District of Colombia to the State of Maryland.

G.       On or about August 20, 2002, **ANTONIO MAIS** deposited the above-referenced check into his bank account at Chevy Chase Bank.

H.       On or about October 22, 2002, **ANTONIO MAIS** withdrew $1,050, from his bank account at Chevy Chase Bank.

I.       On or about October 31, 2002, **ANTONIO MAIS** withdrew $1,000, from his bank account at Chevy Chase Bank.

**(Conspiracy, in violation of Title 18, United States Code, Section 371).**

**COUNT TWO - INTERSTATE TRANSPORTATION OF STOLEN SECURITIES**

**INTRODUCTION**

1. The allegations set forth in paragraphs 1 through 6 of the Introduction to Count 1 of this Indictment are hereby re-alleged and incorporated as if fully set forth herein.

**COUNT TWO**

2. On or about August 20, 2002, within the District of Columbia and elsewhere, **KEITH MAIS** and **ANTONIO MAIS**, did unlawfully transport and cause to be transported in interstate commerce, from Washington, D.C. to the State of Maryland, monies of a value of $5,000.00 or more, knowing said monies had been stolen, converted and taken by fraud; that is, District of Columbia Government check number 5602463, payable to Damien Ministries, Inc., in the amount of $13,750.37.

**(Interstate Transportation of Stolen Securities, Aiding and Abetting, in violation of Title 18, United States Code, §§ 2314, 2).**

**COUNT THREE - FIRST DEGREE THEFT**

**INTRODUCTION**

1. The allegations set forth in paragraphs 1 through 6 of the Introduction to Count 1 of this Indictment are hereby re-alleged and incorporated as if fully set forth herein.

**COUNT THREE**

2. On or about July 5, 2002, **KEITH MAIS** and **ANTONIO MAIS,** having participated in the above-described conspiracy, did knowingly and wrongfully obtain and use property of a value of $250.00 or more, belonging to the District of Columbia government, a municipal corporation, consisting of money, to wit: District of Columbia Government check

number 5602463, payable to Damien Ministries, Inc., in the amount of $13,750.37, which check was subsequently negotiated.

**(First Degree Theft, Aiding and Abetting, in violation of Title 22, D.C. Code §§ 3211, 3212(a), 1805).**

A TRUE BILL:

FOREPERSON:

Attorney of the Untied States in
and for the District of Columbia