WARRANT FOR ARREST

CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|

| UNITED STATES OF AMERICA | DOCKET NO 07 - 150-0f   MAGIS NO |
|---|---|
| V. | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED |

Antonio Mais

DOB:

A

**WARRANT ISSUED ON THE BASIS OF:**

- [ ] Order of Court
- [x] Indictment
- [ ] Information
- [ ] Complaint

DISTRICT OF ARREST

FILED

JUN 1 2 2007

CITY   NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

- Conspiracy
- Interstate Transportation of Stolen Securities
- Aiding and Abetting
- First Degree Theft
- Aiding and Abetting.

Quash as Executed
AA
6/12/07

IN VIOLATION OF:   UNITED STATES CODE TITLE & SECTION   18 USC § 371, 2314, 2 &
22 DC Code §§ 1311, 132(a), 1801

| BAIL FIXED BY COURT | OTHER CONDITIONS OF RELEASE |
|---|---|

| ORDERED BY | JUDGE/MAGISTRATE JUDGE | DATE ISSUED |
|---|---|---|
| JOHN M. FACCIOLA U.S. MAGISTRATE JUDGE | John M. Facciola | 06/08/07 |
| CLERK OF COURT Nancy Mayer-Whittington | BY DEPUTY CLERK | DATE JUN 0 8 2007 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 6/12/07 | NAME AND TITLE OF ARRESTING OFFICER D.L. BALDWIN SDUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 6/12/07 | | |