UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA         :

               v.                          :    Criminal Action No.: 07-150 (RMU)

KEITH MAIS                       :
ANTONIO MAIS          ,          :
             Defendant.          :        **FILED**

             **O R D E R**              JUN 25 2007

    It is this 25th day of June 2007,              NANCY MAYER WHITTINGTON, CLERK
                                                                 U.S. DISTRICT COURT

    **ORDERED** that a plea hearing in the above-captioned case shall take place on August 21, 2007 at 2:45pm.

    **SO ORDERED**.

                                                     _____
                                                     Ricardo M. Urbina
                                                     United States District Judge