CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA              )
                                      )
                                      )
                                      )
            vs.                       )   Criminal No. 07-0150-02 (RMU)
                                      )
    #2: ANTONIO MAIS                  )

**FILED**

AUG 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>**WAIVER OF TRIAL BY JURY**</u>

       With the consent of the United States Attorney and the

approval of the Court, the defendant waives his right to trial

by jury.

_____
                    **Defendant**

_____
            **Counsel for defendant**

I consent:

_____
**Assistant United States Attorney**

Approved:

_____
       **Ricardo M. Urbina**
**United States District Court Judge**