**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

DEC 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 07-0150 (RMU) |
| | : | |
| KEITH MAIS and ANTONIO MAIS, | : | |
| | : | |
| Defendants. | : | |

**O R D E R**

It is this 3rd day of December 2007,

**ORDERED** that the sentencing hearing in the above-captioned case scheduled for

December 11, 2007 is hereby **VACATED** and **RESCHEDULED** for December 18, 2007 at

12:00 p.m.

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge