UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :
                             :
              v.             :     Criminal Action No.: 07-0150   (RMU)
                             :
KEITH ANTONIO MAIS     ,     :
                             :     **FILED**
              Defendants.    :
                             :     DEC 1 8 2007
                                   NANCY MAYER WHITTINGTON, CLERK
              **ORDER**               U.S. DISTRICT COURT

It is this 18 day of December 2007, hereby

**ORDERED** a progress hearing in the above-captioned case shall take place on August 19, 2008 at 9:45.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge