UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KEITH MAIS,<br><br>　　　　Defendant. | Criminal Action No.: 07-150-01 (RMU)<br><br>**FILED**<br>AUG 19 2008<br>Clerk, U.S. District and<br>Bankruptcy Courts |
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTONIO MAIS,<br><br>　　　　Defendant. | Criminal Action No.: 07-150-02 (RMU) |

### ORDER

It is this 19th day of August, 2008, hereby

**ORDERED** that a __progress__ hearing in the above-captioned case shall take place on __February 19, 2009__ at __10:00 a.m.__.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge