UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| v. | )  Cr. No. 07-150-01 (RMU) |
| | ) |
| ANTONIO MAIS, | ) |
| | ) |
|        Defendant. | ) |
| | ) |

## NOTICE OF APPEARANCE

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

                                        Respectfully submitted,

                                        A. J. KRAMER
                                        FEDERAL PUBLIC DEFENDER

                                               /s/

                                        _____
                                        MARY MANNING PETRAS
                                        Assistant Federal Public Defender
                                        625 Indiana Avenue, N.W., Suite 550
                                        Washington, D.C.  20004
                                        (202) 208-7500